MCGREGOR W. SCOTT
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

**FILED**

MAY 17 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

HAZEL MAE TURNER,

Defendant.

CASE NO. 1: 1 8 CR - 0 0 1 0 7 LJO SKO

Violations: 18 U.S.C. § 1343 – Wire Fraud (2 counts); 18 U.S.C. § 1028A(a)(1) and (c)(5) – Aggravated Identity Theft (2 counts); and 18 U.S.C. § 287 – False, Fictitious and Fraudulent Claims (5 counts)

## I N D I C T M E N T

COUNTS ONE AND TWO: [18 U.S.C. § 1343 – WIRE FRAUD]

The Grand Jury charges:

HAZEL MAE TURNER,

defendant herein, as follows:

**I. Introduction**

At all times relevant to this indictment:

1.    Defendant Hazel Mae Turner ("TURNER") was a resident of Kern County, California.

**II. Scheme to Defraud**

2.    Beginning on a date unknown to the Grand Jury, but not later than in or about February 2014, and continuing to and including at least March 2014, in the State and Eastern District of California and elsewhere, defendant HAZEL MAE TURNER knowingly devised, intended to devise, participated

INDICTMENT

1

1  in, and executed a material scheme and artifice to defraud the United States, and agencies thereof, and to

2  obtain money and property from the United States and such entities by means of materially false and

3  fraudulent pretenses, representations and promises.

4  **III.   Manner and Means**

5      3.   The scheme to defraud was carried out, in substance, generally in the following manner:

6      4.   An individual federal income tax return may be filed by mailing a completed income tax

7  return in paper form to the Internal Revenue Service (IRS), or by electronic filing of a completed income

8  tax return with the IRS.  All income tax returns electronically filed with the IRS are routed from the

9  location of the filer through the IRS front end processing system in Martinsburg, West Virginia or

10  Memphis, Tennessee and then to the IRS service center located in a region designated for the address

11  listed in the tax filer's income tax return.

12      5.   A "means of identification" includes any name or number that may be used, alone or in

13  conjunction with other information, to identify a specific individual, including a name, Social Security

14  Number, or date of birth.

15      6.   Defendant participated in a scheme to obtain payment of false and fraudulent claims for

16  income tax refunds from the IRS.  The defendant fraudulently caused income tax refunds to be claimed

17  through preparation and submission of false and fraudulent federal income tax returns.

18      7.   The defendant unlawfully obtained the means of identification of numerous individuals,

19  including their dates of birth and Social Security Numbers, for the purpose of causing false and

20  fraudulent federal income tax returns to be filed in their names, and in some instances, using the means

21  of identification for the purpose of causing those individuals to be falsely claimed as dependents on

22  federal income tax returns.  The means of identification for at least 14 individuals were used.

23      8.   The false and fraudulent federal income tax returns submitted by defendant included

24  material false information such as false information as to claimant's employment, wages, tax

25  withholding, filing status, and/or dependents for purposes of falsely claiming exemptions and tax credits.

26  The false information the defendant caused to be submitted in the false and fraudulent federal income

27  tax returns resulted in claims for exemptions, tax credits and tax refunds to which the purported tax filers

28  were not entitled.

9.     The defendant electronically transmitted the false and fraudulent federal income tax returns to the IRS using computer software over the internet.  All of the federal income tax returns electronically transmitted to the IRS were routed through Martinsburg, West Virginia or Memphis, Tennessee and sent to the IRS Service Center in Fresno, State and Eastern District of California.

10.     As a result of defendant's conduct, the defendant caused false tax returns to be filed with the IRS that fraudulently claimed tax refunds in excess of $133,000.

11.     On or about the dates listed below, in the State and Eastern District of California and elsewhere, for the purpose of executing the aforementioned scheme and artifice to defraud, defendant knowingly transmitted and caused to be transmitted by means of wire, radio and television communication in interstate or foreign commerce the following writings, signs, signals, pictures and sounds, as follows:

| Count | Date of Wire | Description | Receiver |
|-------|--------------|-------------|----------|
| ONE | 02/23/2014 | Wire transmission to IRS of electronically filed 2013 U.S. Individual Income Tax Return-Form 1040A, for E.S., which passed interstate to the IRS Service Center in Fresno, California | IRS Service Center, Fresno, CA |
| TWO | 02/28/2014 | Wire transmission to IRS of electronically filed 2013 U.S. Individual Income Tax Return -Form 1040A, for T.A., which passed interstate to the IRS Service Center in Fresno, California | IRS Service Center, Fresno, CA |

All in violation of Title 18, United States Code, Section 1343.

COUNTS THREE AND FOUR:     [18 U.S.C. § 1028A(a)(1) and (c)(5)– AGGRAVATED IDENTITY THEFT]

The Grand Jury further charges:

HAZEL MAE TURNER,

defendant herein, as follows:

12.     The Grand Jury re-alleges and incorporates by reference the allegations set forth in Paragraphs One through Ten of this indictment.

INDICTMENT                                                      3

13.     On or about the dates listed below, in the State and Eastern District of California and elsewhere, the defendant did knowingly possess and use a means of identification of another person without lawful authority during and in relation to an unlawful activity that constitutes a violation of federal law, to wit, wire fraud, in violation of 18 U.S.C. § 1343; that is, she knowingly used the means of identification of another person, including but not limited to the names, dates of birth and social security numbers of the actual persons, identified by their initials below, to falsify federal tax returns which defendant electronically filed with the Internal Revenue Service to fraudulently obtain funds belonging to the United States:

| Count | Date | Actual Person | Description | Corresponding Indictment Count |
|-------|------|---------------|-------------|-------------------------------|
| THREE | 02/23/2014 | E.S. | Electronically filed 2013 U.S. Individual Income Tax Return -Form 1040A, for E.S., using the name, date of birth and Social Security number of E.S. | One |
| FOUR | 02/28/2014 | T.A. | Electronically filed 2013 U.S. Individual Income Tax Return -Form 1040A, for T.A., using the name, date of birth and Social Security number of T.A. | Two |

All in violation of Title 18, United States Code, Sections 1028A(a)(1) and (c)(5).

COUNTS FIVE THROUGH NINE: [18 U.S.C. § 287 – FALSE, FICTITIOUS AND FRAUDULENT CLAIMS]

The Grand Jury further charges:

HAZEL MAE TURNER,

defendant herein, as follows:

14.     The Grand Jury re-alleges and incorporates by reference the allegations set forth in Paragraphs One through Ten of this indictment

15.     On or about the dates listed below, in the State and Eastern District of California and elsewhere, the defendant made and presented the claims set forth below to the United States,

Department of the Treasury, Internal Revenue Service for payment of fraudulent tax refunds in the amounts set forth below, with knowledge that the claims were false, fictitious and fraudulent. The defendant made the claims by preparing and causing to be prepared the following claims which were presented to the United States Department of the Treasury, through the Internal Revenue Service:

| Count | Date of Submission | Description | Refund Claimed |
|-------|--------------------|-------------|----------------|
| FIVE | 02/20/2014 | 2013 U.S. Individual Income Tax Return – Form 1040, for A.W. | $10,698 |
| SIX | 02/20/2014 | 2013 U.S. Individual Income Tax Return – Form 1040A, for J.G. | $9,816 |
| SEVEN | 02/23/2014 | 2013 U.S. Individual Income Tax Return – Form 1040A, for E.S. | $5,157 |
| EIGHT | 02/28/2014 | 2013 U.S. Individual Income Tax Return – Form 1040A, for T.A. | $6,882 |
| NINE | 02/28/2014 | 2013 U.S. Individual Tax Return – Form 1040, for B.D. | $13,333 |

All in violation of Title 18, United States Code, Section 287.

A TRUE BILL.

/s/ Signature on file w/AUSA

FOREPERSON

MCGREGOR W. SCOTT
United States Attorney

KIRK E. SHERRIFF

By
KIRK E. SHERRIFF
Assistant United States Attorney
Chief, Fresno Office

INDICTMENT

5