| | |
|---|---|
| 1 | MONICA L. BERMUDEZ |
|   | Attorney at Law, SBN 275434 |
| 2 | 1670 M Street |
|   | Bakersfield, CA 93301 |
| 3 | Telephone: (661) 616-2141 |
|   | Facsimile: (661) 322-7675 |
| 4 | |
| 5 | Attorney for the Defendant |
|   | Hazel Turner |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-cr-00107-LJO-SKO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| HAZEL TURNER, | DATE: October 4, 2018 |
| Defendants. | TIME: 2:30 p.m. |
| | JUDGE: Hon. Jennifer L. Thurston |

**STIPULATION**

COMES NOW, Defendant, Hazel Turner, by and through her attorney of record, Monica L. Bermudez and The United States of America, by and through its counsel of record hereby stipulate as follows:

1. By previous order, this matter was set for status on September 11, 2018 at 2:30 p.m.

2. By this stipulation, defendants now move to continue the status conference until **October 4, 2018 at 2:30 p.m.** before Judge Thurston, and to exclude time between the date of this stipulation and October 4, 2018 under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv). The government joins in this request.

1

3. The parties agree and stipulate, and request that the Court find the following:

a. Counsel for defendant desires additional time to obtain and review the agreed upon plea agreement from the United States Attorney. All negotiations in this matter have taken place and each party is in agreement. Upon receipt of the plea agreement, Counsel needs additional time to meet with her client and review the agreement in full before it is signed and submitted to the United States Attorney.

b. Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to, and agrees with, the requested continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation to October 4 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: September 4, 2018

/s/ Monica L. Bermudez
MONICA L. BERMUDEZ
Counsel for Defendant
HAZEL TURNER

DATED: September 4, 2018

/s/Melanie Alsworth
MELANIE ALSWORTH
Assistant United States Attorney

**O R D E R**

The Court ORDERS:

1. The stipulation is GRANTED;

2. The time period of the date of this order to October 4, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **September 4, 2018**      **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE