MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Facsimile: (661) 322-7675

Attorney for the Defendant
Hazel Turner

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>HAZEL TURNER,<br><br>        Defendants. | CASE NO. 1:18-cr-00107-LJO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; FINDINGS AND ORDER<br><br>DATE: October 15, 2018<br>TIME: 9:00 a.m.<br>JUDGE: Hon. LAWRENCE J. O'NEILL |

**STIPULATION**

COMES NOW, Defendant, Hazel Turner, by and through his attorney of record, Monica L. Bermudez and The United States of America, by and through its counsel of record hereby stipulate as follows:

1. By previous order, this matter was set for status on October 4, 2018.

2. By this stipulation, defendants now move to vacate the status hearing and set this matter for change of plea on until **October 15, 2018 at 9:00 a.m.** before the Honorable Lawrence J. O'Neill, and to exclude time between the date of this stipulation and October 15, 2018 under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv). The government joins in this request.

1

3. The parties agree and stipulate, and request that the Court find the following:

a. Counsel for defendant has submitted the signed plea agreement to the United States Attorney's Office. No further negotiations or status conferences are required.

b. The government does not object to, and agrees with, the requested continuance.

c. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation to October 15, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: October 2, 2018

                              /s/ Monica L. Bermudez
                              MONICA L. BERMUDEZ
                              Counsel for Defendant
                              HAZEL TURNER

DATED: October 2, 2018

                              /s/Melanie Alsworth
                              MELANIE ALSWORTH
                              Assistant United States Attorney

**O R D E R**

IT IS SO FOUND AND ORDERED this _____ day of _____, 2018. The time period of the date of this order to October 15, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **October 3, 2018**  **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE