MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Facsimile: (661) 322-7675

Attorney for the Defendant
Hazel Turner

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>v.<br><br>HAZEL TURNER,<br><br>                        Defendants. | CASE NO. 1:18-cr-00107-LJO-SKO<br><br>STIPULATION TO CONTINUE SENTENCING; FINDINGS AND ORDER<br><br>DATE: February 11, 2019<br>TIME: 8:30 a.m.<br>JUDGE: Hon. LAWRENCE J. O'NEILL |

**STIPULATION**

COMES NOW, Defendant, Hazel Turner, by and through her attorney of record, Monica L. Bermudez and The United States of America, by and through its counsel of record hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on January 7, 2019.

2. Defense Counsel was informed by Ms. Turner that she is undergoing surgery on January 8, 2019. Due to preparation before Ms. Turner's surgery, she is unable to be present at the scheduled sentencing hearing.

3. The surgery date was the earliest possible date Ms. Turner was able to schedule.

1

4. Defense counsel is requesting a brief continuance to allow Ms. Turner to proceed with her medical surgery and have time to recover.

5. The parties therefore respectfully request that the sentencing hearing for Ms. Turner continued from Monday, January 7, 2019 to Monday, February 11, 2019.

IT IS SO STIPULATED.

DATED: January 3, 2019

    /s/ Monica L. Bermudez
MONICA L. BERMUDEZ
Counsel for Defendant
HAZEL TURNER

DATED: January 3, 2019

    /s/ Angela Scott for Melanie Alsworth
MELANIE ALSWORTH
Assistant United States Attorney

### O R D E R

Pursuant to the parties' stipulation and good cause shown, IT IS HEREBY ORDERED that defendant HAZEL TURNER sentencing hearing, currently set for January 7, 2019, is hereby vacated and continued to February 11, 2019, at 8:30 a.m.

IT IS SO ORDERED.

Dated: **January 3, 2019**        /s/ Lawrence J. O'Neill
                                              UNITED STATES CHIEF DISTRICT JUDGE