IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HAZEL TURNER,<br><br>Defendants. | CASE NO. 1:18-cr-00107-LJO-SKO<br><br><u>ORDER ON MOTION REQUESTING A JUDICIAL RECOMMENDATION REGARDING HALFWAY HOUSE PLACEMENT</u> |

The Court has received and reviewed both the defendant's motion as well as Probation's response (attached and incorporated herein).

The Court adopts by reference Probation's response and its well-reasoned analysis. The motion is DENIED.

IT IS SO ORDERED.

   Dated: __**July 25, 2019**__           _____/s/ Lawrence J. O'Neill_____
                                                     UNITED STATES CHIEF DISTRICT JUDGE